| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------------------------------- X<br>MICHAEL MEGGINSON,<br>　　　　　　　　　　　　　　Plaintiff,<br>　　　　　　　-v -<br>CITY OF NEW YORK, et al.,<br>　　　　　　　　　　　　　　Defendants.<br>----------------------------------------------------------------- X | : : : : : : : : : : : | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/30/2019<br><br>1:18-cv-5808-GHW<br><br>ORDER |

GREGORY H. WOODS, District Judge:

　　On December 19, 2019, Corporation counsel mailed the Court what it stated were two video discs containing Exhibits A and B to its motion for summary judgment. The Court received only two copies of Exhibit B. Corporation counsel is directed to resubmit both exhibits, and to mail Plaintiff new courtesy copies.

　　The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

　　SO ORDERED.

Dated: December 30, 2019　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge