USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   MICHAEL MEGGINSON,

                                Plaintiff,

                -v -

   CITY OF NEW YORK, et al.,

                        Defendants.
-------------------------------------------------------------- X

1:18-cv-5808-GHW

ORDER

GREGORY H. WOODS, District Judge:

      On February 27, 2020, Defendants submitted a proposed Stipulation and Order of Dismissal in this case. Dkt. No. 65. Although the document was signed, it was not dated. The first line of the second page provides a space for the parties to note the date that they signed the proposed Stipulation and Order; that is not the date of any Court endorsement of the proposed Order.

      The parties are directed to submit a dated and signed copy of the proposed Stipulation and Order of Dismissal.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

      The Clerk of Court is directed to terminate the motion pending at docket number 53. The Clerk of Court is further directed to mail a copy of this order to Plaintiff by first class and certified mail.

      SO ORDERED.

Dated: February 27, 2020
New York, New York

                                                   GREGORY H. WOODS
                                           United States District Judge